■ BANNER PRINTING PRODUCTS CORP. v. MICHAEL STEVEN CORPORATION. — Application denied, with $10 costs, and the stay contained in the order to show cause dated January 15, 1958 is vacated. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

## (February 20, 1958)

■ 64TH ST. RESIDENCES, INC., et al., Appellants, v. CITY OF NEW YORK et al., Respondents, and FORDHAM UNIVERSITY et al., Intervenors-Respondents. — Order and judgment unanimously affirmed, with costs and disbursements to the respondents and the intervenors-respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.

■ JOSEPH CATALANE v. MANUEL PINE et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ SET-RITE TYPESETTERS, INC. v. ATLANTIC TYPOGRAPHERS, INC., et al. — Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ MURRAY LEVINE v. IDA HERZFELD et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

## (February 25, 1958)

■ WILLIAM KAUFMAN et al., Appellants, v. GENERAL DYNAMICS CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and Bergan, JJ.

■ VAN DYKE OIL PORTRAITS, LTD., Respondent, v. E. FIEHL LTD., Appellant.— This court has heretofore held that an examination for use on a hearing before a referee in connection with an issue as to service is permissible (Oresk v. Feldman, 259 App. Div. 703; Foreign Supply Co. v. Keystone Equip. Co., 278 App. Div. 816). In the circumstances, such examination should have been allowed here. We are satisfied that for the purposes of this case an examination on written interrogatories will suffice. Order unanimously reversed on the law and in the discretion of the court and the motion to take deposition of Erna Fiehl on written interrogatories granted, with $20 costs and disbursements to appellant. The matter is remitted to Special Term for further procedure in accordance with this disposition. Settle order. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ MARSHA BOLKIN, an Infant, by Her Guardian ad Litem, LAWRENCE KAMER, Respondent, et al., Plaintiff, v. MAX LEVY, Defendant, and TIDEWATER COAL DOCKS CORPORATION, Appellant.— Amended and resettled judgment of July 6, 1956 is unanimously reversed and a new trial ordered, with costs to the appellant to abide the event unless plaintiff-respondent agrees to reduce the verdict to the sum of $16,500, in which event, said judgment, as so modified, is affirmed, without costs. The appeal from the judgment entered June 7, 1956 is dismissed. No opinion. Settle order on notice. Concur — Botein, P. J., Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM QUINN, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Frank, McNally, Stevens and Bastow, JJ.